



# MEMORANDUM OPINION

No. 04-12-00135-CV

### In re Matinee Media Corporation, Magnolia Radio Corporation, Rick Deitrick, and Greg Shapiro

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed:  May 9, 2012

PETITION FOR WRIT OF MANDAMUS AND MOTION FOR EMERGENCY RELIEF ARE DENIED

On March 2, 2012, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' motion for temporary relief and the petition for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC 11-322, styled *Eugenio Falcon, Antonio Falcon, Eloy Vera, Juan D. Posada, Jose Vasques, Karina Mascorro, and William Smith v. Matinee Media Corp., Magnolia Radio Corp., Rick Deitrick, and Greg Shapiro*, pending in the 229th Judicial District Court, Starr County, Texas, the The Honorable Ana Lisa Garza presiding.